JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No  2:23-cv-05866-JLS-SSC                                      Date: December 18, 2023
Title:  Kevin Cox v. Glencrest, LLC, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Gabby Garcia   |         N/A        |
|-----------------|--------------------|
| Deputy Clerk    | Court Reporter     |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                          Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE**

On November 29, 2023, the Court ordered Plaintiff to show cause why the Court should not dismiss this action for failure to prosecute (Doc. 15).  On December 8, the Court received a response from Plaintiff (Doc. 16).  Plaintiff's counsel explained that service of the summons and complaint was delegated to Turner Attorney Service in July 2023, but that Turner has not yet been able to locate Defendant's agent at his or her Los Angeles address to effectuate service.  (Response at 1–2.)  Plaintiff's counsel does not describe the number of times Turner has attempted service, does not allege that Defendant is evading service, and does not give any other details that would permit the Court to ascertain whether there is good cause for this delay in service.  Plaintiff's counsel suggests that Defendant's agent visits the address only for appointments but offers no other explanation for why it has been difficult to locate the agent.  (*Id.* at 2.)  This Response is not sufficient to discharge the Order to Show Cause.

As a result, the Court DISMISSES this action for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Initials of Preparer:  gga